1
2
3                       UNITED STATES DISTRICT COURT
4                             DISTRICT OF NEVADA
5                                    * * *
6   UNITED STATES OF AMERICA,              )
                                           )
7                         Plaintiff,       )         2:13-cv-01252-GMN-NJK
                                           )
8   vs.                                    )
                                           )
9   PETER B. DAVIS JR.                     )         RECUSAL ORDER
                                           )
10                                         )
                          Defendant.       )
11  _____)

12
            With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses
13
    herself in this action.  IT IS ORDERED that this action is referred to the Clerk for random
14
    reassignment of this case for all further proceedings.
15
16          DATED: July 17, 2013.
17
                                              _____
18                                            NANCY J. KOPPE
                                              United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28